**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | **CASE NO. 14-32819-JKO** |
| | **CHAPTER 7** |
| **US CAPITAL/FASHION MALL, LLC,** | |
| Debtor. | |
| | |
| **KENNETH A. WELT,** Chapter 7 Trustee, | **ADV. PRO. NO. 16-01574-JKO** |
| Plaintiff, | |
| v. | |
| **LAWRENCE P. LATAIF, LLC,** | |
| Defendant. | |

## <u>LAWRENCE P. LATAIF, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT</u>

Lawrence P. Lataif, LLC ("Defendant"), by and through undersigned counsel, files its

*Answer and Affirmative Defenses to Complaint*, and states as follows:

### <u>The Parties, Jurisdiction and Venue</u>

1.      Admitted.

2.      Admitted.

3.      Admitted.

4.      Admitted.

5.      Admitted.

6.      Admitted.

7.      Without Knowledge.

8.      Without Knowledge.

### <u>Statement of Facts</u>

**A.      <u>The Debtors' Business Operations</u>**

9.      Admitted.

1

SLATKIN & REYNOLDS, P.A.
One East Broward Boulevard, Suite 609, Fort Lauderdale, Florida 33301 Telephone 954.745.5880

10.    Admitted.

11.    Admitted.

12.    Admitted.

13.    Admitted.

**B.    The Transfers at Issue**

14.    Admitted.

15.    Admitted.

16.    Admitted.

17.    Denied.

### Count I - Avoid and Recover Fraudulent Transfers

18.    Defendant restates and incorporates by reference herein, Paragraphs 1 through 17.

19.    Admitted that Plaintiff has asserted an action to avoid and recover transfers pursuant to various sections of the United States Bankruptcy Code and Florida Statutes, but denies that Plaintiff is entitled to the relief sought.

20.    Admitted that the statutes cited provide a basis for the avoidance and recovery of transfers of interest in property of the Debtors, but denied that Plaintiff is entitled to any such relief against the Defendant.

21.    Admitted that the statute provides that a bankruptcy trustee may seek the relief provided for therein but denied that Plaintiff is entitled to any such relief against the Defendant.

22.    Admitted that the statutes cited provide for the relief set forth therein but denied that Plaintiff is entitled to any such relief against the Defendant.

23.    Admitted.

24.    Denied.

25.    Denied.

26.    Denied.

27.    Denied.

28.    Denied.

SLATKIN & REYNOLDS, P.A.
One East Broward Boulevard, Suite 609, Fort Lauderdale, Florida 33301 Telephone 954.745.5880

WHEREFORE, Defendant by and through undersigned counsel, requests that this Honorable Court deny Plaintiff's prayers for relief and grant the Defendant any further relief this Honorable Court deems just and proper.

## Affirmative Defenses

### First Affirmative Defense

As and for Defendant's first affirmative defense, the Defendant asserts that any transfers received by Defendant from Debtors were taken in good faith and for value and gave value to the Debtors because Defendant was not aware of the avoidability of the transfers. Defendant was neither aware of any actual fraud on the part of the Debtors when the transfers were made nor was Defendant aware that any of the Debtors were insolvent or not paying their debts as they came due at the time of the making of the transfers. Therefore, Defendant has a lien on or may retain any such transfers in their entirety.

### Second Affirmative Defense

As and for Defendant's second defense, the Defendant asserts that the recovery pursuant to 11 U.S.C. § 548 of any transfers received by Defendant from Debtors more than two years prior to the petition date are barred by the operation of the statute of limitations arising under § 548(a).

WHEREFORE, Defendant by and through undersigned counsel, requests that this Honorable Court deny Plaintiff's prayers for relief and grant the Defendant any further relief this Honorable Court deems just and proper.

Dated this 8th day of November 2016.

**SLATKIN & REYNOLDS, P.A.**
Attorneys for Defendant
One East Broward Boulevard, Suite 609
Fort Lauderdale, Florida 33301
Telephone 954.745.5880
Facsimile 954.745.5890
jslatkin@slatkinreynolds.com

By: /s/ Jason E. Slatkin
    Jason E. Slatkin
    Fla. Bar No. 040370

**<u>Certificate of Service</u>**

I hereby certify that a true copy of the foregoing has been furnished via the Court's CM/ECF electronic noticing system to David C. Cimo, Esq., Esq., dcimo@gjb-law.com on this 8th day of November 2016.

<u>/s/ Jason E. Slatkin</u>
Jason E. Slatkin